UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2728

CITY OF HOBOKEN

v.

CHEVRON CORPORATION; CHEVRON U.S.A. INC.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC; BP P.L.C.; BP AMERICA, INC.; CONOCOPHILLIPS; CONOCOPHILLIPS CO.; PHILLIPS 66; PHILLIPS 66 COMPANY; AMERICAN PETROLEUM INSTITUTE; SHELL USA,
Appellants

(D.N.J. No. 2-20-cv-14243)

No. 22-1096

STATE OF DELAWARE, ex rel. Kathleen Jennings, Attorney General of the State of Delaware

v.

BP AMERICA INC.; BP P.L.C.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; XTO ENERGY INC.; HESS CORPORATION; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORPORATION; MURPHY USA INC.; SHELL PLC; SHELL USA; CITGO PETROLEUM CORPORATION; TOTALENERGIES SE.; OCCIDENTAL PETROLEUM CORPORATION; DEVON ENERGY CORPORATION; APACHE CORPORATION; CNX RESOURCES CORPORATION; CONSOL ENERGY INC.; OVINTIV, INC.; AMERICAN PETROLEUM INSTITUTE; TOTALENERGIES MARKETING USA, INC.,
Appellants

(D. Del No. 1-20-cv-01429)

Present:   McKEE, RESTREPO, and BIBAS, Circuit Judges

Submitted are

    (1)    Motion by Appellants to stay the mandates; and

    (2)    Response by Appellees

in the above-captioned case.

        Respectfully,

        Clerk

_____ORDER_____

The foregoing motion to stay is denied.

        By the Court,

        s/ Stephanos Bibas
        Circuit Judge

Dated:    October 12, 2022
SLC/cc:   Counsel of Record