UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 21-2728

———————

CITY OF HOBOKEN

v.

CHEVRON CORPORATION; CHEVRON U.S.A. INC.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC; BP P.L.C.; BP AMERICA, INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; AMERICAN PETROLEUM INSTITUTE; SHELL USA,
Appellants.

———————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:20-cv-14243)
District Judge: Honorable John M. Vazquez

———————

Argued: June 21, 2022

Before: McKEE, RESTREPO, and BIBAS, *Circuit Judges*

———————

JUDGMENT

———————

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 21, 2022.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on September 8, 2021, is hereby **AFFIRMED.** Costs will be taxed against Appellants.

Dated: August 17, 2022

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Certified as a true copy and issued in lieu of a formal mandate on   10/12/22

Teste: *s/ Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**