**IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

| | |
|---|---|
| CITY OF HOBOKEN,<br><br>　　　　Plaintiff-Appellee,<br>- *against* –<br><br>CHEVRON CORP., ET AL.,<br><br>　　　　Defendants-Appellants | No. 21-2728 |

**PLEASE TAKE NOTICE** that the appearances of David C. Frederick, Daniel S. Severson, and Grace W. Knofczynski of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Defendants Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company), are hereby withdrawn. Their names should be removed from any service list, including any list for notification maintained by the Clerk of the Court and the parties.

K&L Gates LLP shall continue to serve as counsel of record in this case for Defendants Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company).

Date:  June 25, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**K&L GATES LLP**

　　　　　　　　　　　　　　　　　　　　By: *s/ Loly G. Tor*
　　　　　　　　　　　　　　　　　　　　Loly G. Tor
　　　　　　　　　　　　　　　　　　　　One Newark Center, 10th Fl.
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　P: 973-848-4000
　　　　　　　　　　　　　　　　　　　　F: 973-848-4001
　　　　　　　　　　　　　　　　　　　　loly.tor@klgates.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company)*

1600197596.2